UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SILVA, JR.,

    Plaintiff,

v.                                             Case No: 08-cv-02521

K-SEA TRANSPORTATION,

    Defendant.

---

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 906
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com

---

## MOTION TO ADMIT COUNSEL PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Roberta E. Ashkin, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of:

    Kirk E. Karamanian
    O'Bryan Baun Cohen Kuebler Karamanian
    401 S. Old Woodward, Ste. 450
    Birmingham, MI 48009
    (248) 258-6262
    (248) 258-6047 - fax

Kirk E. Karamanian is a member in good standing of the Bar of the State of Michigan.

There are no pending disciplinary proceedings against Kirk E. Karamanian.

                                                                                          _____
                                                                                          ROBERTA E. ASHKIN (#115461515)
                                                                                          Local Counsel
                                                                                          580 Broadway, Ste. 906
                                                                                          New York, NY 10012
                                                                                          212-965-0010
                                                                                          212-965-1301 - fax
                                                                                          robertaashkin@aol.com

Dated:   April 2, 2008

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 9 day of May, 2008 a copy of the foregoing was forwarded via first class mail with postage fully prepaid thereon to:

K-Sea Transportation
3245 Richmond Terrace
Staten Island, NY 10303

H:\PAT\WP61DOCS\KIRK\Silva\Motion to Admit Counsel Pro Hac Vice-KEK.wpd

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Kirk Edward Karamanian*

was admitted to the practice of law in the courts of the State of Michigan on

*June 9, 1995*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and
affix the seal of the Michigan Supreme
Court on this date: April 28, 2008

_____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SILVA, JR.,

    Plaintiff,

v.                                          Case No: 08-cv-02521

K-SEA TRANSPORTATION,

    Defendant.

---

ROBERTA E. ASHKIN (#115461515)
Local Counsel
580 Broadway, Ste. 906
New York, NY 10012
212-965-0010
212-965-1301 - fax
robertaashkin@aol.com

---

STATE OF NEW YORK    )
                                )SS
COUNTY OF              )

## AFFIDAVIT OF ROBERTA E. ASHKIN
## IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Roberta E. Ashkin, being duly sworn, deposes and says as follows:

1.    I am counsel for Plaintiff in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Kirk E. Karamanian as counsel *pro hac vice* to represent Plaintiff in this matter.

2.    I am a member in good standing of the Bar of the State of New York and was admitted to practice law in 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Kirk E. Karamanian since 2007.

4. Kirk E. Karamanian is associated with the firm of O'Bryan Baun Cohen Kuebler Karamanian in Birmingham, Michigan.

5. I have found Kirk E. Karamanian to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Kirk E. Karamanian, *pro hac vice*.

7. I respectfully submit a proposed Order granting the admission of Kirk E. Karamanian, *pro hac vice*, which is attached hereto as **Exhibit A**.

WHEREFORE, it is respectfully requested that the motion to admit Kirk E. Karamanian, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

_____
Roberta E. Ashkin
SDNY Bar Code: 115461515

Subscribed and sworn to before me
this 9th day of April, 2008.

SCOTT A. RUBMAN
Notary Public, State of New York
No. 4318174
Qualified in New York County
Commission Expires May 31, 20_10_

H:\PAT\WP61DOCS\KIRK\Silva\Affidavit in Support of Pro Hac Vice Motion-KEK.wpd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SILVA, JR.,

      Plaintiff,

v.                                                   Case No: 08-cv-02521

K-SEA TRANSPORTATION,

      Defendant.

_____

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Roberta E. Ashkin, attorney for Plaintiff and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Kirk E. Karamanian
> O'Bryan Baun Cohen Kuebler Karamanian
> 401 S. Old Woodward, Ste. 450
> Birmingham, MI 48009
> (248) 258-6262
> (248) 258-6057 fax
> kkaramanian@obryanlaw.net

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____

                                                             _____
                                                             United States District Judge