O'Bryan,Cohen,Kuebler  Fax 12482586047   May 19 2008 04:02pm  P002/002

Swain/S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: MAY 2 1 2008

175-08/TMC
FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendant
80 Pine Street
New York, NY 10005
(212) 425-1900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ROBERT SILVIA, JR.,

                Plaintiff,

- against -

K-SEA TRANSPORTATION,

                Defendant.
-------------------------------------------------------X

08-CV-02521 (Judge Swain)

STIPULATION AND ORDER
EXTENDING DEFENDANT'S
TIME TO ANSWER, MOVE OR
OTHERWISE APPEAR

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties identified above, that the time within which Defendant can answer, move or otherwise appear in response to the Complaint of the Plaintiff be and is hereby extended up through and including July 31, 2008.

Dated:   New York, New York
        May 19, 2008

O'BRYAN BAUN COHEN KUEBLER
Attorneys for Plaintiff

BY: _____
Dennis O'Bryan, Esq.
401 S. Old Woodward, Suite 320
Birmingham, MI 48009

FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendant

BY: _____
Thomas M. Canevari
80 Pine Street
New York, NY 10005
(212) 425-1900

NYDOCS1/304709.1

SO ORDERED.

_____ 5/21/08
U.S.D.J.