GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▫
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▫
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*†
DANIEL J. FITZGERALD*†▫
MICHAEL C. ELLIOTT*▫
JAN P. GISHOLT†

* ALSO ADMITTED IN NEW JERSEY
† ALSO ADMITTED IN CONNECTICUT
▫ ALSO ADMITTED IN WASHINGTON, D.C.
* ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
**FREEHILL HOGAN & MAHAR LLP**
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) xxx-xxxx
FACSIMILE (203) xxx-xxxx

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 21 2008

May 21, 2008

OUR REF: 175-08/TMC

**BY HAND**
The Hon. Laura T. Swain
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street, Room 755
New York, NY 10007

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re: Robert Silvia, Jr. v. K-Sea Transportation
    08 CV 2521 (LTS)

Dear Judge Swain:

We represent the Defendant in the captioned Jones Act matter and enclose a stipulation extending Defendant's time to answer, move or otherwise appear until July 31, 2008.

Mr. Silvia claims to have injured his arm on a K-Sea vessel in April 2005. He returned to work and signed a Partial Release and Claims Arbitration Agreement in August 2005. Mr. Silvia claims to have injured and/or reinjured the same arm after he returned to work.

K-Sea's position is that Mr. Silvia's claims for both injuries are covered by the arbitration agreement and should be arbitrated. We understand that Plaintiff will challenge both the validity of the arbitration agreement and its application to Mr. Silvia's second injury.

The parties have agreed to explore settlement before engaging in motion practice over the enforceability of the Claims Arbitration Agreement. As such, we enclose a Stipulation extending the time to answer, move or otherwise appear until July 31, 2008. The parties also request that the initial conference, scheduled for June 20, 2008, be adjourned to a date and time convenient to the Court after July 31, 2008

NYDOCS1/304712.1

The Hon. Laura T. Swain
May 21, 2008
Page 2

We thank the Court for its courtesy and attention to this matter.

    Respectfully submitted,
    FREEHILL HOGAN & MAHAR LLP

    *[signature]*
    Thomas M. Canevari

c: Dennis M. O'Bryan, Esq.
   O'Bryan Baun Cohen Kuebler
   401 S. Old Woodward, Suite 320
   Birmingham, MI 48009
   **Via Fax: 248-258-6047**

   Roberta E. Ashkin
   580 Broadway, Suite 906
   New York, NY 10012
   **Via Fax: 212-965-1301**

*[Handwritten:]* The initial pretrial conference is adjourned to August 22, 2008 at 10:45AM.

SO ORDERED.

*[signature]* 5/21/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NYDOCS1/304712.1

    FREEHILL, HOGAN & MAHAR LLP