175-08/TMC
FREEHILL HOGAN & MAHAR LLP
Attorneys for Defendant
80 Pine Street
New York, NY 10005
(212) 425-1900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X

ROBERT SILVIA, JR.,

               Plaintiff,

- against -

K-SEA TRANSPORTATION,

              Defendant.
----------------------------------------------------X

08-CV-02521 (Judge Swain)

**RULE 7.1 STATEMENT**

    Defendant K-Sea Transportation, Inc. by and through its undersigned attorneys, FREEHILL HOGAN & MAHAR LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states that it is a wholly owned subsidiary of K-SEA TRANSPORTATION PARTNERS, L.P., a publicly traded company.

Dated:    New York, New York
            July 31, 2008

                                          FREEHILL HOGAN & MAHAR LLP
                                          Attorneys for Defendant
                                          K-SEA TRANSPORTATION, INC.

                                By: _____
                                          Thomas M. Canevari
                                          80 Pine Street
                                          New York, New York 10005
                                          (212) 425-1900

NYDOCS1/304904.1